**Paulino Luis MARTINEZ–
MENA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 07–70946.

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2012.*

Filed May 24, 2012.

Marc Karlin, Karlin & Karlin, APC, Los Angeles, CA, for Petitioner.

Carol Federighi, Esquire, Senior Litigation Counsel, Yamileth G. Handuber, Trial, M. Jocelyn Lopez Wright, U.S. Department of Justice, Washington, DC, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM **

Paulino Luis Martinez–Mena, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Latter–Singh v. Holder*, 668 F.3d 1156, 1159 (9th Cir.2012), and we deny the petition for review.

The BIA correctly determined that Martinez–Mena is statutorily ineligible for cancellation of removal because his conviction under California Penal Code § 422 is for a crime involving moral turpitude. *See* 8 U.S.C. §§ 1182(a)(2)(A)(i)(I), 1229b(b)(1)(C); *Latter–Singh*, 668 F.3d at 1163 (a conviction under California Penal Code § 422 is categorically a crime involving moral turpitude).

Martinez–Mena's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).